[No. 35156-1-II. Division Two. August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TITUS D. PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01526-3, Thomas P. Larkin, J., entered June 30, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 24327-3-III. Division Three. August 7, 2007.]

*In the Matter of the Marriage of* TONYA WOODS, *Appellant*, and RIGEL WOODS, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 03-3-50037-9, Carrie L. Runge, J., entered June 17, 2005. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Brown and Kulik, JJ.

[No. 24585-3-III. Division Three. August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ELLIATH SUKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02077-7, Gregory D. Sypolt, J., entered October 11, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 24955-7-III. Division Three. August 7, 2007.]

ANGELA D. BAIRD ET AL., *Appellants*, v. PETER ELLIOT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-05318-4, Jerome J. Leveque, J., entered January 20, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Stephens, J.